United States District Court
Southern District of Texas
**ENTERED**
April 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FERUB LLC, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-01217 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| STATE AUTOMOBILE | § | |
| MUTUAL INSURANCE | § | |
| COMPANY, | § | |
| Defendant. | § | |

## ORDER

The parties have provided joint notice of settlement of their dispute. Dkt 17.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on April 15, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge